**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

LEZMOND C. MITCHELL,
            *Defendant-Appellant.*

No. 03-99010

D.C. No.
CR-01-01062-PCT-
MHM
District of Arizona,
Phoenix

ORDER

Filed October 9, 2007

Before: Stephen Reinhardt, Pamela Ann Rymer, and
Barry G. Silverman, Circuit Judges.

---

## ORDER

The government's motion to amend the opinion is granted
and the opinion is amended as follows:

At page 11660, lines 3-4 of the slip opinion, "that Assistant
U.S. Attorney Joe Lodge" is changed to "that an Assistant
U.S. Attorney."

13567

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.